**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § **(Previously Chapter 11)** |
| **PATTERSON INVENTORY, LLC, *et al.*,** | § |
| | § **Case No. 25-90392 (CML)** |
| **Debtors.**[1] | § |
| | § **Jointly Administered** |

**ORDER DENYING EMERGENCY APPLICATION TO AUTHORIZE THE EVOLUTION SPV DEBTORS' TRUSTEE TO COLLECT CERTAIN ACCOUNTS RECEIVABLE PURSUANT TO THE WIND DOWN ORDER**
[Relates to Docket No. 93 & 94]

This matter came on for consideration upon the *Emergency Application to Authorize the Evolution SPV Debtors' Trustee to Collect Certain Accounts Receivable Pursuant to the Wind Down Order* [Docket No. 94] (the "Application"). This Court, having reviewed the Application and the responses and objections thereto, and having held a hearing and heard the arguments of counsel, finds that the Application should be **DENIED.** Accordingly, it is hereby **ORDERED THAT:**

1. The Application is **DENIED**.

[1] The debtors in these chapter 7 cases, along with the last four digits of each debtor's federal tax identification number, are: Patterson Inventory, LLC (2872) (Case No. 25-90392); Patterson Inventory Holdings, LLC (0079) (Case No. 25-90393); Starlight Inventory I, LLC (6698) (Case No. 25-90394); and Starlight Inventory Holdings I, LLC (6472) (Case No. 25-90395). The Evolution SPV Debtors' mailing address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

2. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: ____________, 2026
Houston, Texas

________________________________________
CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE