**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **PATTERSON INVENTORY, *et al.*,** | § | **Case No. 25-90392 (CML)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | **Re: Docket Nos. 99, 104** |

**PRELIMINARY JOINT OBJECTION OF BANK OF AMERICA, N.A., IN ITS CAPACITY AS ABL AGENT, TO EMERGENCY APPLICATION TO AUTHORIZE THE SPV DEBTORS' TRUSTEE TO SELL INVENTORY PURSUANT TO THE WIND DOWN ORDER, AND JOINDER OF CHAPTER 7 TRUSTEE OF THE FBG DEBTORS' OBJECTION TO EMERGENCY APPLICATION TO AUTHORIZE THE SPV DEBTORS' TRUSTEE TO SELL INVENTORY PURSUANT TO THE WIND DOWN ORDER**

Bank of America, N.A., in its capacity as the agent (the "ABL Agent") for the prepetition secured ABL lenders of the majority of the First Brands Group, LLC debtors in the converted chapter 7 cases, by and through its undersigned counsel, submits this preliminary joint objection (this "Objection") to the *Emergency Application to Authorize the SPV Debtors' Trustee to Sell Inventory Pursuant to the Wind Down Order* [Docket No. 99] (the "Application") filed by Ronald J. Sommers (the "SPV Trustee"), the chapter 7 trustee of Patterson Inventory, LLC, Patterson Inventory Holdings, LLC, Starlight Inventory I, LLC, and Starlight Inventory Holdings I, LLC, and respectfully states as follows:

[1] The debtors in these chapter 7 cases, along with the last four digits of each debtor's federal tax identification number, are: Patterson Inventory, LLC (2872) (Case No. 25-90392); Patterson Inventory Holdings, LLC (0079) (Case No. 25-90393); Starlight Inventory I, LLC (6698) (Case No. 25-90394); and Starlight Inventory Holdings I, LLC (6472) (Case No. 25-90395). The Evolution SPV Debtors' mailing address is 127 Public Square, Suite 5300, Cleveland, OH 44114.

**OBJECTION AND RESERVATION OF RIGHTS**

1. Although the ABL Agent does not believe that the SPV Trustee properly noticed the Application for hearing at the upcoming October 21, 2026, hearing (the "Hearing"), out of an abundance of caution, the ABL Agent files this objection to the Application and joins the *Chapter 7 Trustee of the FBG Debtors' Objection to Emergency Application to Authorize the SPV Debtors' Trustee to Sell Inventory Pursuant to the Wind Down Order* [Docket No. 104] (the "FBG Debtors' Objection").

2. The ABL Agent reserves all rights to further supplement this objection to the Application and to raise such further objections and arguments at the Hearing, including arguments that have not been made in the FBG Debtors' Objection. For the avoidance of doubt, the ABL Agent objects, without limitation, to the Application going forward at the Hearing.

[*Remainder of page intentionally left blank.*]

Respectfully submitted,

Dated: October 19, 2026

*/s/ Tatianna J. Witter*
Tatianna J. Witter
WINSTON TAYLOR LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone: 713-651-2600
Email: tatianna.witter@winstontaylor.com

*and*

Daniel J. McGuire (admitted *pro hac vice*)
Scott Ahmad (admitted *pro hac vice*)
WINSTON TAYLOR LLP
300 N. LaSalle, Suite 4400
Chicago, IL 60654
Telephone: 312-558-5600
Email: dan.mcguire@winstontaylor.com
scott.ahmad@winstontaylor.com

*and*

Carrie V. Hardman (admitted *pro hac vice*)
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-294-6700
Email: carrie.hardman@winstontaylor.com

*Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I certify that on October 19, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Tatianna J. Witter*
Tatianna J. Witter